SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BRIGID S. MARTIN (CASBN 231705)
Special Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102
     Telephone: (415) 436-7129
     Facsimile: (415) 436-7234
     Email: brigid.martin2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0099 JSW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER EXCLUDING TIME UNDER |
| v. ) | THE SPEEDY TRIAL ACT |
| ) | |
| BYRON ROBERTSON, ) | |
|    a/k/a Byron Robbins, ) | |
| ) | |
| Defendant. ) | |
| ———————————————————— ) | |

    The United States and defendant Byron Robertson stipulate to exclusion of time under

the Speedy Trial Act from March 6, 2007, to March 15, 2007, as follows:

    1.     On March 6, 2007, the parties appeared before the Magistrate Judge for a

detention hearing.

    2.     At this appearance, defendant Byron Robertson requested, the government

agreed, and the Court approved, an exclusion of time under the Speedy Trial Act, 18 U.S.C.

§ 3161(c)(1), from March 6, 2007, to March 15, 2007. The grounds for exclusion were under 18

U.S.C. § 3161(h)(8)(A) & (B)(iv). Failure to grant the requested exclusion of time would

unreasonably deny defense counsel and government counsel reasonable time necessary for

effective preparation, taking into account the exercise of due diligence. Furthermore, the parties

SPEEDY TRIAL ACT STIP.
CR 07-0099 JSW

1   agree that the ends of justice served by excluding the period from March 6, 2007, to March 15,

2   2007, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C.

3   § 3161(h)(8)(A).

4          3.      A proposed Order is submitted with this stipulation.

5

6   DATED: March 7, 2007                    Respectfully submitted,

7                                           SCOTT N. SCHOOLS
                                            United States Attorney
8

9                                             /s/ Brigid S. Martin
                                            BRIGID S. MARTIN
10                                          Special Assistant United States Attorney

11        /s/ Joshua A. Cohen
     JOSHUA A. COHEN
12   Assistant Federal Public Defender
     Counsel for Byron Robertson
13   Tel: 415.436.7700

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SPEEDY TRIAL ACT STIP.
CR 07-0099 JSW                      2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0099 JSW |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER EXCLUDING |
| | ) | TIME UNDER SPEEDY TRIAL ACT |
| v. | ) | |
| | ) | |
| BYRON ROBERTSON, | ) | |
| a/k/a Byron Robbins, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the Stipulation of defendant BYRON ROBERTSON and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), is excluded from March 6, 2007, to March 15, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: ___March 8, 2007___

_____
JOSEP...
Unite... ...trate Judge

Judge Joseph C. Spero