UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0099 JSW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | ) | |
| BYRON ROBERTSON, a/k/a Byron Robbins, | ) | |
| Defendant. | ) | |

Based upon the Stipulation of defendant BYRON ROBERTSON and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), is excluded from March 15, 2007, to April 12, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).  The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 19, 2007

_____
JEFFREY S. WHITE
United States District Court Judge