```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOSH COHEN
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    (415) 436-7700
 5
    Counsel for Defendant ROBERTSON
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   No. CR-07-0099 JSW
                                   )
12              Plaintiff,         )   DEFENDANT'S UNOPPOSED MOTION
                                   )   AND [PROPOSED] ORDER GRANTING
13         v.                      )   MOTION FOR PHONE CALLS AT SANTA
                                   )   RITA COUNTY JAIL
14  BYRON ROBERTSON,               )
      a/k/a Byron Robbins,         )
15                                 )
                Defendant.         )
16  _____
17
```

Defendant Byron Robertson, a/k/a Byron Robbins, is presently incarcerated at the Santa Rita County Jail in Dublin, California. Mr. Robertson wishes to have telephone contact with his family and young children but has been unable to do so because of restrictions on telephone access at the jail and "blocks" on the number he wishes to dial. Mr. Robertson has been advised by jail personnel that he will be given telephone access and will be able to complete his calls if the Court signs an order specifying the number that he should be permitted to dial and the duration of the calls that should be permitted

Accordingly, Mr. Robertson respectfully requests that the Court enter an order directing that Mr. Robertson be permitted to phone the mother of his children, Halimah Brown. The

government does not oppose this request.

A proposed order to this effect is appended below.

Dated: May 4, 2007

> Respectfully submitted,
>
> BARRY J. PORTMAN
> Federal Public Defender
>
> /s/
>
> JOSH COHEN
> Assistant Federal Public Defender

**ORDER**

Accordingly, and for good cause shown, it is hereby ORDERED that officials at Santa Rita County Jail shall give Byron Robertson, a/k/a Byron Robbins, PFN # ULI971, three telephone calls to Halimah Brown at (415) 756-0025. Each of these three calls shall be at least ten minutes in duration.

IT IS SO ORDERED.

Dated: May 7, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE